## Morris Hotel Co. *v.* Henley.

*Assault and Battery.*

(Decided Jan. 18, 1906, 40 So. Rep. 52.)

APPEAL from Birmingham City Court.
Heard before Hon. CHAS. A. SENN.

GEORGE HUDDLESTON, for appellant.

VAUGHAN & DAVIDSON, for appellee.

Reversed and remanded.

Opinion by HARALSON, J.

DOWDELL, SIMPSON and DENSON, JJ., concur.

## Grant *v.* The State.

*Larceny.*

(Decided Feb. 1, 1906, 40 So. Rep. 80.)

APPEAL from Anniston City Court.
Heard before Hon. THOMAS W. COLEMAN.

R. Y. STREET, for appellant.

MASSEY WILSON, Attorney General for the State.
Affirmed.

Opinion by TYSON, J.

DOWDELL, SIMPSON and ANDERSON, JJ., concur.

## Roberts, Long & Co. *v.* Ringemann.

*Attachment and Claim Suit.*

(Decided Jan. 18, 1906, 40 So. Rep. 81.)

APPEAL from Morgan Circuit Court.
Heard before Hon. W. R. FRANCIS, Special Judge.

MARVIN WEST and ERLE PETTUS, for appellant.

No counsel marked for appellee.

Reversed and remanded.

Opinion by DOWDELL, J.

TYSON, SIMPSON and ANDERSON, JJ., concur.